UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ASHLEY OSUCHA

                        Plaintiff,            **NOTICE OF MOTION**

VS.

ALDEN STATE BANK,                      Civ. No.: 1:17-CV-01026-LJV-HBS
RICHARD D. KOELBL,
JOHN KOELBL

                        Defendants.
_____

      **PLEASE TAKE NOTICE** that Plaintiff, Ashley Osucha, by and through her attorneys, Greco Trapp, PLLC, hereby moves before Hon. Hugh B. Scott, United States Magistrate Judge, at the United State Courthouse, 2 Niagara Square, Buffalo, New York, at a date and time set by the Court for an Order compelling Defendants' compliance with the Court's Order dated December 12, 2019 (Dkt. 42) and an award of fees pursuant to FED. R. CIV. P. 37(b)(2)(C), together with such other and further relief as this Court may deem just and proper.

      This motion is based upon all filings filed to date and is supported by the Declaration of Josephine A. Greco, Esq., dated February 26, 2020, together with Exhibits A-G, and the Memorandum of Law, dated February 26, 2020.

      Plaintiff intends to file Reply papers in further support of this motion and hereby requests oral argument.

DATED:      February 26, 2020
               Buffalo, New York

                                              *s/Josephine A. Greco*
                                              Josephine A. Greco, Esq.
                                              Earl K. Cantwell, III, Esq.
                                              Greco Trapp, PLLC
                                              Attorneys for Plaintiff
                                              1700 Rand Building
                                              14 Lafayette Square
                                              Buffalo, New York 14203

                                                        Tel: (716) 856-5800
                                              E-mail: jgreco@grecolawyers.com

TO:    Julie P. Apter, Esq.
         GOLDBERG SEGALLA
         Attorneys for Defendants
         665 Main Street
         Buffalo, New York 14203
         Tel: (716) 566-5401
         E-mail: japter@goldbergsegalla.com