UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ASHLEY OSUCHA

                        Plaintiff,         **CERTIFICATE OF SERVICE**

VS.

ALDEN STATE BANK,                        Civ. No.: 1:17-CV-01026-LJV-HBS
RICHARD D. KOELBL,
JOHN KOELBL

                        Defendants.
_____

      **I HEREBY CERTIFY** that on February 26, 2020, I electronically filed this Notice of Motion; Declaration of Josephine A. Greco, Esq., dated February 26, 2020, together with Exhibits A-G; and Memorandum of Law, dated February 26, 2020, with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

                        Julie P. Apter, Esq.
                        GOLDBERG SEGALLA
                        Attorneys for Defendant
                        665 Main Street
                        Buffalo, New York 14203
                        Tel: (716) 566-5401
                        E-mail: japter@goldbergsegalla.com

Dated: February 26, 2020
       Buffalo, New York

                        __/s Josephine A Greco_____
                        Josephine A. Greco, Esq.
                        GRECO TRAPP, PLLC
                        Attorneys for Plaintiff
                        1700 Rand Building
                        14 Lafayette Square
                        Buffalo, New York 14203
                        Telephone No.:  (716) 856-5800
                        E-mail Address:  jgreco@grecolawyers.com