# Exhibit A



Julie P. Apter | Partner
Direct 716.566.5458 | japter@goldbergsegalla.com

January 13, 2020

*Sent Via U.S. First-Class Mail*
*and Via Email to: jgreco@grecolawyers.com*

Josephine A. Greco, Esq.
Greco Trapp, PLLC
1700 Rand Building
14 Lafayette Square
Buffalo, NY 14203

      **Re:**    **Osucha vs. Alden State Bank, et al.**
                 **Case No. 1:17-cv-01026-JLS-HBS**
                 **GS File No. 165.0013**

Ms. Greco:

      Pursuant to the Hon. Hugh B. Scott's Order filed December 12, 2019, and in further response to discovery in the above matter, enclosed please find the First Amended Interrogatories and Second Amendment to Defendants' Responses to Plaintiff's First Request for Production of Documents. We are also emailing the ShareFile with the enclosed documents which consist of the three personnel files and the investigation from the Hodgson Russ law firm.

                                                     Very truly yours,

                                                     Julie P. Apter

JPA/las
Enclosures
25085862.v1

Cc:   Hilde Neubauer *(via email only, w/o encs.)*
        Steven Woodard *(via email only, w/o encs.)*
        Sarah M. Washington, Esq. *(via email only, w/o encs.)*

Josephine A. Greco, Esq.
January 13, 2020
Page 2

Bc:    Jennifer Gorman, Esq. *(via email only, w/o encs.)*
       Claim No. ABA0002271