# Exhibit C

**Washington, Sarah M.**

**From:** Apter, Julie P.
**Sent:** Wednesday, July 31, 2019 8:47 AM
**To:** 'Josephine A. Greco'
**Cc:** Siers, Linda A.
**Subject:** RE: Osucha v. Alden State Bank, et al  Case 1:17-cv-01026-LJV-HBS

Good morning Josephine.
I am available for the call today at 9:30. However, I reviewed this email you sent after we set the time. We have no further documents to produce and our position has also not changed. We maintain that we are ready to proceed with depositions in order to get this matter moving.
Therefore, if you feel a call will be fruitful, that is fine. Just let me know your thoughts.
Julie


**Julie P. Apter, Esq. | Partner**
**DIRECT** 716.566.5458 | Ext. 5458 | **MOBILE** 716.510.2769
665 Main Street | Buffalo, NY 14203-1425

**From:** Josephine A. Greco
**Sent:** Monday, July 29, 2019 4:38 PM
**To:** Apter, Julie P.
**Subject:** Osucha v. Alden State Bank, et al Case 1:17-cv-01026-LJV-HBS

Good afternoon Julie,

In accordance with the direction of Magistrate Judge Scott, we would like to give you the opportunity to discuss with us any questions you may have regarding Plaintiff's Motion to Compel.

As you know, Plaintiff's good faith letter and Motion to Compel, included the legal basis with case law in support of our position. We have reviewed Defendants' responding papers and find no basis to change our position.

Are there additional documents you will be producing on behalf of Defendants?

We look forward to hearing from you in this regard.

Regards,

Josephine



Josephine A. Greco, Esq.
Greco Trapp, PLLC
1700 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Tel: (716) 856-5800
Fax: (716) 856-5801
Email: jgreco@grecolawyers.com

*******************************************

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in this communication or in any attachment is not intended to be used, and it cannot be used, for the purpose of federal tax penalties.

*******************************************

<u>NOTICE OF CONFIDENTIALITY</u>

THIS TRANSMITTAL AND ACCOMPANYING DOCUMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by collect telephone call to the above telephone number. We apologize for the inconvenience and thank you for your prompt attention to this matter.

2